**Fill in this information to identify the case:**

Debtor Name  Alvin Smoked Meats & Eats, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number:  18-36657-H5-11

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

| Month: | December 2018 | Date report filed: | 03/06/2019 |
|---|---|---|---|
| | | | MM / DD / YYYY |
| Line of business: | Restaurant | NAISC code: | 7225 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Mohammed Kabir

Original signature of responsible party

Printed name of responsible party    Mohammed Kabir

## ■ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _____          Case number_____

17.  Have you paid any bills you owed before you filed bankruptcy?     ☐     ☐     ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ☐     ☐     ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ _____

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.     $ _____

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.     ⁻ $ _____

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.     + $ _____

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.     = $ _____

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**     $ _____

*(Exhibit E)*

Debtor Name _____    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                     $ _____

      *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              _____

27. What is the number of employees as of the date of this monthly report?              _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                        $ _____

31. How much have you paid in total other professional fees since filing the case?       $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                          $ _____

36. Total projected cash disbursements for the next month:                                  −  $ _____

37. Total projected net cash flow for the next month:                                         =  $ _____

Debtor Name _____     Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐   39.   Bank reconciliation reports for each account.

☐   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐   41.   Budget, projection, or forecast reports.

☐   42.   Project, job costing, or work-in-progress reports.

EXHIBIT A

Alvin Smoked Meats & Eats, LLC
18-36657-H5-11

Debtor has not deposited all receipts into a DIP account.  Despite debtor's best efforts, debtor has been unable to find an approved bank willing to open a DIP account.

EXHIBIT B

Alvin Smoked Meats & Eats, LLC
18-36657-H5-11


Debtor banks at JPMorgan Chase Bank, and FDIC insured depository.  Despite debtor's best efforts, debtor has been unable to find an approved bank willing to open a DIP account.

# Alvin Smoked Meats and Eats

## PROFIT AND LOSS

### December 2018

|  | TOTAL |
|---|---|
| Income |  |
| Bar Sales |  |
| Beer Sales | 3,064.21 |
| Beverage Sales | 114.63 |
| Food Sales | 2,071.10 |
| Liquor Sales | 4,343.82 |
| Wine Sales | 13.50 |
| **Total Bar Sales** | **9,607.26** |
| Food Sales | 17,969.11 |
| Refunds/Voids | -26.98 |
| Sales | 229.59 |
| **Total Income** | **$27,778.98** |
| Cost of Goods Sold |  |
| Cost of Goods Sold |  |
| Bar Cosumables | 32.51 |
| Beer Supply | 784.01 |
| Beverage Supply | 85.55 |
| Food Supplies - COGS | 3,913.62 |
| Kitchen Supplies | 10.74 |
| Liquor Supply | 1,400.00 |
| Restaurant Supplies | 739.05 |
| **Total Cost of Goods Sold** | **6,965.48** |
| **Total Cost of Goods Sold** | **$6,965.48** |
| GROSS PROFIT | **$20,813.50** |
| Expenses |  |
| Car & Truck | 10.00 |
| Office Expense | 450.00 |
| Payroll Taxes | 3,162.20 |
| Permits | 250.00 |
| Rent & Lease | 3,500.00 |
| Repairs & Maintenance | 35.27 |
| Restaurant Supplies | 141.77 |
| Salaries and Wages | 13,138.43 |
| SUTA Tax | 99.25 |
| Utilities |  |
| Electric | 690.00 |
| Gas | 109.00 |
| **Total Utilities** | **799.00** |
| **Total Expenses** | **$21,585.92** |
| NET OPERATING INCOME | **$ -772.42** |
| NET INCOME | **$ -772.42** |

# Alvin Smoked Meats and Eats

## PROFIT AND LOSS DETAIL

### December 2018

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|-------|--------|---------|
| **Ordinary Income/Expenses** | | | | | | | |
| Income | | | | | | | |
| Bar Sales | | | | | | | |
| Beer Sales | | | | | | | |
| 12/31/2018 | Sales Receipt | 1012 | Register 3 (Bar) | | Checking | 3,064.21 | 3,064.21 |
| **Total for Beer Sales** | | | | | | **$3,064.21** | |
| Beverage Sales | | | | | | | |
| 12/31/2018 | Sales Receipt | 1012 | Register 3 (Bar) | | Checking | 114.63 | 114.63 |
| **Total for Beverage Sales** | | | | | | **$114.63** | |
| Food Sales | | | | | | | |
| 12/31/2018 | Sales Receipt | 1012 | Register 3 (Bar) | | Checking | 2,071.10 | 2,071.10 |
| **Total for Food Sales** | | | | | | **$2,071.10** | |
| Liquor Sales | | | | | | | |
| 12/31/2018 | Sales Receipt | 1012 | Register 3 (Bar) | | Checking | 4,343.82 | 4,343.82 |
| **Total for Liquor Sales** | | | | | | **$4,343.82** | |
| Wine Sales | | | | | | | |
| 12/31/2018 | Sales Receipt | 1012 | Register 3 (Bar) | | Checking | 13.50 | 13.50 |
| **Total for Wine Sales** | | | | | | **$13.50** | |
| **Total for Bar Sales** | | | | | | **$9,607.26** | |
| Food Sales | | | | | | | |
| 12/31/2018 | Sales Receipt | 1014 | Register 2 | | Checking | 6,974.41 | 6,974.41 |
| 12/31/2018 | Sales Receipt | 1013 | Register 1 | | Checking | -102.00 | 6,872.41 |
| 12/31/2018 | Sales Receipt | 1013 | Register 1 | | Checking | 11,096.70 | 17,969.11 |
| **Total for Food Sales** | | | | | | **$17,969.11** | |
| Refunds/Voids | | | | | | | |
| 12/31/2018 | Sales Receipt | 1013 | Register 1 | | Checking | -26.98 | -26.98 |
| **Total for Refunds/Voids** | | | | | | **$ -26.98** | |
| Sales | | | | | | | |
| 12/31/2018 | Sales Receipt | 1013 | Register 1 | | Checking | 233.97 | 233.97 |
| 12/31/2018 | Sales Receipt | 1013 | Register 1 | | Checking | -4.38 | 229.59 |
| **Total for Sales** | | | | | | **$229.59** | |
| **Total for Income** | | | | | | **$27,778.98** | |
| Cost of Goods Sold | | | | | | | |
| Cost of Goods Sold | | | | | | | |
| Bar Cosumables | | | | | | | |
| 12/29/2018 | Expense | | Walmart | | Checking | 32.51 | 32.51 |
| **Total for Bar Cosumables** | | | | | | **$32.51** | |
| Beer Supply | | | | | | | |
| 12/13/2018 | Expense | | Walmart | | Checking | 82.48 | 82.48 |
| 12/18/2018 | Expense | | Del Papa | | Checking | 485.53 | 568.01 |
| 12/19/2018 | Expense | | Del Papa | | Checking | 216.00 | 784.01 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|-------|--------|---------|
| **Total for Beer Supply** | | | | | | **$784.01** | |
| Beverage Supply | | | | | | | |
| 12/18/2018 | Expense | | Restaurant Depot | | Checking | 85.55 | 85.55 |
| **Total for Beverage Supply** | | | | | | **$85.55** | |
| Food Supplies - COGS | | | | | | | |
| 12/01/2018 | Expense | | Flowers Bakery | | Checking | 57.77 | 57.77 |
| 12/02/2018 | Expense | | Walmart | | Checking | 4.68 | 62.45 |
| 12/05/2018 | Expense | | Flowers Bakery | | Checking | 160.00 | 222.45 |
| 12/06/2018 | Expense | | HEB | Briskets | Checking | 53.38 | 275.83 |
| 12/06/2018 | Expense | | HEB | Briskets | Checking | 54.90 | 330.73 |
| 12/07/2018 | Expense | | Flowers Bakery | | Checking | 48.00 | 378.73 |
| 12/07/2018 | Expense | | HEB | Briskets | Checking | 48.44 | 427.17 |
| 12/07/2018 | Expense | | HEB | Briskets | Checking | 47.69 | 474.86 |
| 12/07/2018 | Expense | | Sam's | | Checking | 327.66 | 802.52 |
| 12/07/2018 | Expense | | HEB | | Checking | 32.20 | 834.72 |
| 12/09/2018 | Expense | | HEB | | Checking | 27.71 | 862.43 |
| 12/11/2018 | Expense | | Sam's | | Checking | 134.58 | 997.01 |
| 12/11/2018 | Expense | | HEB | | Checking | 102.46 | 1,099.47 |
| 12/11/2018 | Expense | | HEB | | Checking | 77.92 | 1,177.39 |
| 12/12/2018 | Expense | | Walmart | | Checking | 12.70 | 1,190.09 |
| 12/12/2018 | Expense | | HEB | | Checking | 37.59 | 1,227.68 |
| 12/13/2018 | Expense | | HEB | | Checking | 18.86 | 1,246.54 |
| 12/13/2018 | Expense | | HEB | | Checking | 60.94 | 1,307.48 |
| 12/13/2018 | Expense | | HEB | | Checking | 59.23 | 1,366.71 |
| 12/13/2018 | Expense | | Flowers Bakery | | Checking | 39.05 | 1,405.76 |
| 12/13/2018 | Expense | | Sam's | | Checking | 138.94 | 1,544.70 |
| 12/14/2018 | Expense | | HEB | | Checking | 66.12 | 1,610.82 |
| 12/14/2018 | Expense | | HEB | | Checking | 25.45 | 1,636.27 |
| 12/14/2018 | Expense | | HEB | | Checking | 75.56 | 1,711.83 |
| 12/15/2018 | Expense | | HEB | | Checking | 65.42 | 1,777.25 |
| 12/15/2018 | Expense | | HEB | | Checking | 52.96 | 1,830.21 |
| 12/15/2018 | Expense | | HEB | | Checking | 17.68 | 1,847.89 |
| 12/15/2018 | Expense | | Sam's | | Checking | 201.38 | 2,049.27 |
| 12/15/2018 | Expense | | Walmart | | Checking | 17.12 | 2,066.39 |
| 12/15/2018 | Expense | | Walmart | | Checking | 15.72 | 2,082.11 |
| 12/18/2018 | Expense | | Restaurant Depot | | Checking | 299.87 | 2,381.98 |
| 12/18/2018 | Expense | | Sam's | | Checking | 101.74 | 2,483.72 |
| 12/18/2018 | Expense | | Flowers Bakery | | Checking | 52.93 | 2,536.65 |
| 12/18/2018 | Expense | | HEB | | Checking | 23.73 | 2,560.38 |
| 12/18/2018 | Expense | | HEB | | Checking | 5.00 | 2,565.38 |
| 12/19/2018 | Expense | | Sam's | | Checking | 7.33 | 2,572.71 |
| 12/19/2018 | Expense | | Sam's | | Checking | 9.96 | 2,582.67 |
| 12/19/2018 | Expense | | HEB | | Checking | 46.26 | 2,628.93 |
| 12/19/2018 | Expense | | HEB | | Checking | 55.90 | 2,684.83 |
| 12/19/2018 | Expense | | HEB | | Checking | 53.36 | 2,738.19 |
| 12/19/2018 | Expense | | Walmart | | Checking | 2.71 | 2,740.90 |
| 12/19/2018 | Expense | | Dollar General | | Checking | 8.00 | 2,748.90 |
| 12/19/2018 | Expense | | Dollar General | | Checking | 8.00 | 2,756.90 |
| 12/20/2018 | Expense | | HEB | | Checking | 4.48 | 2,761.38 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/20/2018 | Expense | | Sam's | | Checking | 56.78 | 2,818.16 |
| 12/20/2018 | Expense | | Walmart | | Checking | 0.50 | 2,818.66 |
| 12/21/2018 | Expense | | HEB | | Checking | 114.73 | 2,933.39 |
| 12/21/2018 | Expense | | HEB | | Checking | 46.86 | 2,980.25 |
| 12/22/2018 | Expense | | Sam's | | Checking | 127.24 | 3,107.49 |
| 12/26/2018 | Expense | | HEB | | Checking | 53.98 | 3,161.47 |
| 12/26/2018 | Expense | | HEB | | Checking | 102.14 | 3,263.61 |
| 12/26/2018 | Expense | | Sam's | | Checking | 170.52 | 3,434.13 |
| 12/28/2018 | Expense | | HEB | | Checking | 87.24 | 3,521.37 |
| 12/29/2018 | Expense | | Sam's | | Checking | 136.22 | 3,657.59 |
| 12/29/2018 | Expense | | Flowers Bakery | | Checking | 61.55 | 3,719.14 |
| 12/30/2018 | Expense | | Walmart | | Checking | 34.60 | 3,753.74 |
| 12/31/2018 | Expense | | HEB | | Checking | 82.89 | 3,836.63 |
| 12/31/2018 | Expense | | HEB | | Checking | 76.99 | 3,913.62 |
| **Total for Food Supplies - COGS** | | | | | | **$3,913.62** | |
| Kitchen Supplies | | | | | | | |
| 12/07/2018 | Expense | | Walmart | | Checking | 10.74 | 10.74 |
| **Total for Kitchen Supplies** | | | | | | **$10.74** | |
| Liquor Supply | | | | | | | |
| 12/13/2018 | Expense | | | | Checking | 1,400.00 | 1,400.00 |
| **Total for Liquor Supply** | | | | | | **$1,400.00** | |
| Restaurant Supplies | | | | | | | |
| 12/05/2018 | Expense | | Brady Morg | Wood | Checking | 300.00 | 300.00 |
| 12/05/2018 | Expense | | Dollar General | Gloves | Checking | 4.87 | 304.87 |
| 12/07/2018 | Expense | | Sam's | | Checking | 10.98 | 315.85 |
| 12/11/2018 | Expense | | Sam's | | Checking | 6.84 | 322.69 |
| 12/11/2018 | Expense | | HEB | | Checking | 11.84 | 334.53 |
| 12/13/2018 | Expense | | Sam's | | Checking | 51.82 | 386.35 |
| 12/15/2018 | Expense | | Sam's | | Checking | 39.60 | 425.95 |
| 12/18/2018 | Expense | | Restaurant Depot | | Checking | 83.35 | 509.30 |
| 12/19/2018 | Expense | | Sam's | | Checking | 30.30 | 539.60 |
| 12/19/2018 | Expense | | Sam's | | Checking | 47.42 | 587.02 |
| 12/26/2018 | Expense | | Sam's | | Checking | 19.41 | 606.43 |
| 12/29/2018 | Expense | | Sam's | | Checking | 132.62 | 739.05 |
| **Total for Restaurant Supplies** | | | | | | **$739.05** | |
| **Total for Cost of Goods Sold** | | | | | | **$6,965.48** | |
| **Total for Cost of Goods Sold** | | | | | | **$6,965.48** | |
| **Gross Profit** | | | | | | **$20,813.50** | |
| Expenses | | | | | | | |
| Car & Truck | | | | | | | |
| 12/20/2018 | Expense | | Murphy USA | Gas | Checking | 10.00 | 10.00 |
| **Total for Car & Truck** | | | | | | **$10.00** | |
| Office Expense | | | | | | | |
| 12/03/2018 | Expense | | Comcast | Cable | Checking | 450.00 | 450.00 |
| **Total for Office Expense** | | | | | | **$450.00** | |
| Payroll Taxes | | | | | | | |
| 12/03/2018 | Expense | | | | Checking | 1,740.25 | 1,740.25 |
| 12/22/2018 | Expense | | | | Checking | 1,421.95 | 3,162.20 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| **Total for Payroll Taxes** | | | | | | **$3,162.20** | |
| Permits | | | | | | | |
| 12/18/2018 | Expense | | City of Alvin | | Checking | 250.00 | 250.00 |
| **Total for Permits** | | | | | | **$250.00** | |
| Rent & Lease | | | | | | | |
| 12/18/2018 | Expense | | Alvin Properties LLC | | Checking | 3,500.00 | 3,500.00 |
| **Total for Rent & Lease** | | | | | | **$3,500.00** | |
| Repairs & Maintenance | | | | | | | |
| 12/20/2018 | Expense | | Home Depot | | Checking | 29.08 | 29.08 |
| 12/21/2018 | Expense | | Home Depot | | Checking | 6.19 | 35.27 |
| **Total for Repairs & Maintenance** | | | | | | **$35.27** | |
| Restaurant Supplies | | | | | | | |
| 12/07/2018 | Expense | | Cintas | | Checking | 61.16 | 61.16 |
| 12/13/2018 | Expense | | Walmart | | Checking | 14.04 | 75.20 |
| 12/19/2018 | Expense | | Cintas | | Checking | 61.16 | 136.36 |
| 12/21/2018 | Expense | | Dollar General | | Checking | 5.41 | 141.77 |
| **Total for Restaurant Supplies** | | | | | | **$141.77** | |
| Salaries and Wages | | | | | | | |
| 12/03/2018 | Expense | | | | Checking | 7,521.05 | 7,521.05 |
| 12/22/2018 | Expense | | | | Checking | 5,617.38 | 13,138.43 |
| **Total for Salaries and Wages** | | | | | | **$13,138.43** | |
| SUTA Tax | | | | | | | |
| 12/03/2018 | Expense | | | | Checking | 47.89 | 47.89 |
| 12/22/2018 | Expense | | | | Checking | 51.36 | 99.25 |
| **Total for SUTA Tax** | | | | | | **$99.25** | |
| Utilities | | | | | | | |
| Electric | | | | | | | |
| 12/03/2018 | Expense | | | | Checking | 690.00 | 690.00 |
| **Total for Electric** | | | | | | **$690.00** | |
| Gas | | | | | | | |
| 12/03/2018 | Expense | | | | Checking | 109.00 | 109.00 |
| **Total for Gas** | | | | | | **$109.00** | |
| **Total for Utilities** | | | | | | **$799.00** | |
| **Total for Expenses** | | | | | | **$21,585.92** | |
| **Net Income** | | | | | | **$ -772.42** | |



**AmegyBank** of Texas

P.O. BOX 27459 • HOUSTON, TX 77227-7459

**Statement of Accounts**
Page 1 of 5
This Statement: December 31, 2018
Last Statement: November 30, 2018

0088293          3001-06-0000-AMG-PC0023-00009

ALVIN SMOKED MEATS & EATS LLC
SAGEMONT SMOKED MEATS & BBQ
12319 FIELD BROOK CT
HOUSTON TX 77089-5650

**DIRECT INQUIRIES TO:**
Direct all inquiries to Customer Service:
In Houston:                    713-235-8810
In Dallas/Fort Worth:          214-754-9500
In San Antonio:                210-343-4500
Or Toll-Free:                  800-287-0301
Press 0 for a Customer Service Representative

Amegy Bank - The "A" Bank
Amegy Bank, a division of Zions Bancorporation, N.A.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Growth Checking | 1850 | $0.00 | |

## BUSINESS GROWTH CHECKING 5793331850

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 2,083.81 | 8,164.50 | 2,708.83 | 7,539.48 | 0.00 |

### 13 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 12/03 | 0.26 | RETURN HARBORTOUCH PPM FEES S 0 1710802958 |
| 12/03 | 151.40 | HARBORTOUCH PYMT PROC 02177002091047 1REF # 018337009181255 1115980105 |
| 12/04 | 3,213.38 | DEPOSIT 8282045720 |
| 12/06 | 108.57 | HARBORTOUCH PYMT PROC 02177002091047 1REF # 018340002897332 1113039148 |
| 12/07 | 196.20 | HARBORTOUCH PYMT PROC 02177002091047 1REF # 01834100373876 1113858857 |
| 12/10 | 297.38 | HARBORTOUCH PYMT PROC 02177002091047 1REF # 018344004491643 1115628339 |
| 12/10 | 607.65 | HARBORTOUCH PYMT PROC 02177002091047 1REF # 018344004560727 1115659336 |
| 12/10 | 2,000.00 | DEPOSIT 8282158710 |
| 12/11 | 481.75 | HARBORTOUCH PYMT PROC 02177002091047 1REF # 018345005554515 1113338069 |
| 12/12 | 536.31 | RETURN SEQ # 008282093102 1709302606 |
| 12/13 | 71.60 | HARBORTOUCH PYMT PROC 02177002091047 1REF # 018347007200993 1112937912 |
| 12/13 | 500.00 | Bankcard DISPUTEADJ 1 REF # 018347007641349 1112901471 |
| 12/17 | 0.00 | INTEREST PAYMENT |

### 17 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 12/03 | 100.00 | A18-38142 TX WORKFORCE 5124632768 FEE ID: 337163107 2315729587 |
| 12/03 | 4.84 | HARBORTOUCH PPM FEES S 02177002091047 1REF # 018337009181469 1115987856 |
| 12/03 | 66.54 | HARBORTOUCH PPM FEES S 02177002091047 1REF # 018338008890222 1115949544 |
| 12/03 | 35.00 | INSUFFICIENT FUNDS FEE-ITEM RT 1710801637 |
| 12/04 | 1,000.00 | 0026 ATM WITHDRAWAL 218 E PARKWOOD AVE FRIENDSWOO TX 1412834236 |
| 12/04 | 159.79 | HARBRTOUCH HARBRTOUCH ******253851REF # 018338000955825 1114959604 |
| 12/06 | 400.00 | 0026 ATM WITHDRAWAL 218 E PARKWOOD AVE FRIENDSWOO TX 1411234471 |
| 12/06 | 1.08 | HARBORTOUCH PPM FEES S 02177002091047 1REF # 018340002897483 1113044357 |
| 12/06 | 40.65 | CPENERGY ENTEX ENT ACH ******73059 REF # 018339001980127 1113013258 |
| 12/07 | 200.00 | 0026 ATM WITHDRAWAL 218 E PARKWOOD AVE FRIENDSWOO TX 1411739509 |
| 12/07 | 1.74 | HARBORTOUCH PPM FEES S 02177002091047 1REF # 018341003734031 1113858577 |
| 12/07 | 144.88 | DELUXE BUS SYS. BUS PRO 84156072 REF # 018341003613058 1113857720 |
| 12/10 | 4.87 | HARBORTOUCH PPM FEES S 02177002091047 1REF # 018344000491797 1115636118 |
| 12/10 | 9.28 | HARBORTOUCH PPM FEES S 02177002091047 1REF # 018344004560941 1115666622 |
| 12/11 | 500.00 | 0026 ATM WITHDRAWAL 218 E PARKWOOD AVE FRIENDSWOO TX 1411433989 |
| 12/11 | 5.16 | HARBORTOUCH PPM FEES S 02177002091047 1REF # 018345005554591 1113342314 |
| 12/12 | 35.00 | INSUFFICIENT FUNDS FEE-ITEM RT 1709302086 |

A division of Zions Bancorporation, N.A. Member FDIC

0088293-0000001-0180173

**An Easy Approach To Balancing Your Account**

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | | CHECKBOOK BALANCE | |
|---|---|---|---|
| **Check Number** | **Check Amount** | 1.  LIST your checkbook balance. | |
| | | 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| | | 3.  SUBTOTAL: | |
| | | 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc.). | |
| | | 5.  ADJUSTED CHECKBOOK BALANCE: | |
| | | *This balance should agree with line 10, below.* | |
| | | STATEMENT BALANCE | |
| | | 6.  LIST your current statement balance as shown on the front of this statement. | |
| | | 7.  ADD deposits made, but not shown on this statement. | |
| | | 8.  SUBTOTAL: | |
| | | 9.  SUBTRACT total from "Checks Outstanding." | |
| **TOTAL:** | | 10.  ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*                   *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

*For CHECK RESERVE accounts:* You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any

action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at Amegy Bank, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-713- 235- 8810, 1-214-754-9500 or 1-800-287-0301.

*For electronic transfers:* We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Amegy Bank, PO Box 27459, Houston, TX 77227-7459 or 1-713-235-8810,1-214- 754-9500 or 1-800-287-0301.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-287-0301.

**CHECK RESERVE PAYMENT OPTIONS**
The minimum payment due on your Check Reserve account will automatically be debited from your checking account on the payment due date unless payment is made by one of the methods listed below:

1. Make a transfer online at www.amegybank.com.
2. Call the customer service number listed on page one of your statement and request a transfer from your checking account to your Check Reserve account.
3. Mail your payment to:
   Amegy Bank, PO Box 27459, Houston, TX 77227-7459
4. Make your payment at any Amegy Bank banking center.

We may report information about your Check Reserve account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Please notify us if we report any inaccurate information about your account(s) to a credit bureau. Your written notice describing the specific inaccuracy should be sent to us at the following address: Amegy Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

**With Bank-at-Home, you have an Amegy Bank of Texas banking center everywhere you have an Internet connection.**
**www.amegybank.com**



P.O. BOX 27459 • HOUSTON, TX 77227-7459

Page 3 of 5
December 31, 2018
ALVIN SMOKED MEATS & EATS LLC
5793331650

**7  CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 0 | 12/17 | 547.74 | 8380* | 12/07 | 2,190.83 | 8382 | 12/07 | 445.69 |
| 8377* | 12/10 | 540.36 | 8381 | 12/11 | 536.31 | 9999* | 12/10 | 2,600.00 |
| 8378 | 12/07 | 678.55 | | | | | | |

* Not in check sequence

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $1,985.00 |
| Total Returned Item Fees | $70.00 | $5,145.00 |

To learn more about our other products and services that may lower the cost of managing account
overdrafts or to discuss removing overdraft coverage from your account, please contact Customer
Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/03 | 2,029.09 | 12/07 | 284.03 | 12/12 | -23.86 |
| 12/04 | 4,082.68 | 12/10 | 34.55 | 12/13 | 547.74 |
| 12/06 | 3,749.52 | 12/11 | -525.17 | 12/17 | 0.00 |

A division of Zions Bancorporation, N.A. Member FDIC 

0038293-0000002-0180174

**Amegy Bank of Texas**

This page intentionally left blank

0088293-0000002-0160174

**Amegy Bank of Texas**    Account #

Posted 12/04/18    DEPOSIT    $3213.38

Posted 12/10/18    DEPOSIT    $2000.00

Posted 12/17/18    $547.74

Posted 12/10/18    Ch# 8377    $540.36

Posted 12/07/18    Ch# 8378    $678.55

Posted 12/07/18    Ch# 8380    $2190.83

Posted 12/11/18    Ch# 8381    $536.31

Posted 12/07/18    Ch# 8382    $445.69

Posted 12/10/18    Ch# 9999    $2600.00

0088293-0000003-0180175



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

December 13, 2018 through December 31, 2018

Account Number:



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00041871 DRE 201 141 00119 NNNNNNNNNNN T 1 000000000 64 0000
ALVIN SMOKED MEATS & EATS, LLC
1109 W HIGHWAY 6 STE D
ALVIN TX 77511-9512

## CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 21 | 10,581.80 |
| Checks Paid | 4 | -1,877.10 |
| ATM & Debit Card Withdrawals | 14 | -2,681.84 |
| Electronic Withdrawals | 8 | -86.80 |
| Other Withdrawals | 3 | -5,085.53 |
| Fees | 7 | -69.00 |
| Ending Balance | 57 | $781.53 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/13 | Deposit    1008382582 | $200.00 |
| 12/17 | Harbortouch    Pymt Proc 021770020910471 CCD ID: 2177400097 | 1,395.46 |
| 12/18 | Deposit | 200.00 |
| 12/18 | Harbortouch    Pymt Proc 021770020910471 CCD ID: 2177400097 | 299.33 |
| 12/21 | Paymentech    Deposit   6362904       CCD ID: 1020401225 | 223.32 |
| 12/24 | Harbortouch    Pymt Proc 021770020910471 CCD ID: 2177400097 | 954.90 |
| 12/24 | Paymentech    Deposit   6362904       CCD ID: 1020401225 | 933.85 |
| 12/24 | Paymentech    Deposit   6362904       CCD ID: 1020401225 | 357.01 |
| 12/24 | Paymentech    Deposit   6362904       CCD ID: 1020401225 | 229.63 |
| 12/24 | Merchantsvcspymt Rlsd Funds 021770020910471 CCD ID: 2177400097 | 101.61 |
| 12/26 | Harbortouch    Pymt Proc 021770020910471 CCD ID: 2177400097 | 409.56 |
| 12/27 | Paymentech    Deposit   6362904       CCD ID: 1020401225 | 201.51 |
| 12/27 | Merchantsvcspymt Rlsd Funds 021770020910471 CCD ID: 2177400097 | 116.86 |
| 12/28 | Paymentech    Deposit   6362904       CCD ID: 1020401225 | 567.55 |
| 12/28 | Harbortouch    Pymt Proc 021770020910471 CCD ID: 2177400097 | 85.99 |
| 12/31 | Deposit    1013793481 | 180.00 |
| 12/31 | Paymentech    Deposit   6362904       CCD ID: 1020401225 | 1,243.16 |
| 12/31 | Harbortouch    Pymt Proc 021770020910471 CCD ID: 2177400097 | 1,215.16 |



December 13, 2018 through December 31, 2018

Account Number:     (

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | | | | AMOUNT |
|------|-------------|---|---|---|--------|
| 12/31 | Paymentech | Deposit | 6362904 | CCD ID: 1020401225 | 886.96 |
| 12/31 | Harbortouch | Pymt Proc | 021770020910471 CCD ID: 2177400097 | | 530.86 |
| 12/31 | Paymentech | Deposit | 6362904 | CCD ID: 1020401225 | 249.08 |
| **Total Deposits and Additions** | | | | | **$10,581.80** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 99  ^ | | 12/20 | $250.00 |
| 8383  * ^ | 12/24 | 12/24 | 567.81 |
| 8387  * ^ | 12/24 | 12/24 | 652.69 |
| 8388  ^ | 12/24 | 12/24 | 406.60 |
| **Total Checks Paid** | | | **$1,877.10** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/21 | Non-Chase ATM Withdraw  12/21 877 E Hwy 6 Alvin TX Card 9297 | $363.00 |
| 12/21 | Card Purchase With Pin  12/21 Buzzy Bee Houston TX Card 9297 | 13.73 |
| 12/24 | Card Purchase With Pin  12/22 Sams Club Sam's Club Houston TX Card 9297 | 100.00 |
| 12/24 | ATM Withdrawal          12/24 10997 Scarsdale Blvd Houston TX Card 9297 | 700.00 |
| 12/26 | Card Purchase          12/24 Tempura Grill & More Houston TX Card 9297 | 31.77 |
| 12/26 | ATM Withdrawal          12/25 10997 Scarsdale Blvd Houston TX Card 9297 | 60.00 |
| 12/26 | Card Purchase With Pin  12/26 Sams Club Sam's Club Houston TX Card 9297 | 189.93 |
| 12/26 | Card Purchase With Pin  12/26 H-E-B #288 Alvin TX Card 9297 | 102.14 |
| 12/26 | Recurring Card Purchase 12/24 Netflix.Com Netflix.Com CA Card 9297 | 14.86 |
| 12/26 | Recurring Card Purchase 12/24 Google *Starz 855-836-3987 CA Card 9297 | 9.55 |
| 12/27 | Card Purchase          12/26 H-E-B  #288 Alvin TX Card 9297 | 53.98 |
| 12/27 | Card Purchase With Pin  12/27 H-E-B #288 Alvin TX Card 9297 | 82.89 |
| 12/28 | Card Purchase          12/27 H-E-B  #288 Alvin TX Card 9297 | 76.99 |
| 12/28 | Non-Chase ATM Withdraw  12/28 102 W. Sealy St Alvin TX Card 9297 | 883.00 |
| **Total ATM & Debit Card Withdrawals** | | **$2,681.84** |

## ATM & DEBIT CARD SUMMARY

Mohammed Ehasan Kabir  Card 9297

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $2,006.00 |
| | Total Card Purchases | $675.84 |
| | Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $2,006.00 |
| | Total Card Purchases | $675.84 |
| | Total Card Deposits & Credits | $0.00 |



December 13, 2018 through December 31, 2018

Account Number:



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|--------|
| 12/17 | Harbrtouch | Harbrtouch | PPD ID: 6331220046 | $25.00 |
| 12/17 | Harbortouch | Ppm Fees S 021770020910471 CCD ID: 2177400097 | | 16.01 |
| 12/18 | Harbortouch | Ppm Fees S 021770020910471 CCD ID: 2177400097 | | 3.82 |
| 12/24 | Harbortouch | Ppm Fees S 021770020910471 CCD ID: 2177400097 | | 11.63 |
| 12/26 | Harbortouch | Ppm Fees S 021770020910471 CCD ID: 2177400097 | | 3.81 |
| 12/28 | Harbortouch | Ppm Fees S 021770020910471 CCD ID: 2177400097 | | 4.08 |
| 12/31 | Harbortouch | Ppm Fees S 021770020910471 CCD ID: 2177400097 | | 15.47 |
| 12/31 | Harbortouch | Ppm Fees S 021770020910471 CCD ID: 2177400097 | | 6.98 |
| **Total Electronic Withdrawals** | | | | **$86.80** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | | | | | AMOUNT |
|------|-------------|---|---|---|---|--------|
| 12/17 | Deposited Item Returned    NSF 1St    099005923    Dep Amt0000020000    # of Dep Svc | | | | | $200.00 |
| | Items00001Ck#:0000000254 | | | | | |
| | Date121318Ck Amt0000020000 | | | | | |
| | Fee001200 | | | | | |
| 12/18 | 12/18 Withdrawal | | | | | 1,385.53 |
| 12/31 | 12/31 Withdrawal | | | | | 3,500.00 |
| **Total Other Withdrawals** | | | | | | **$5,085.53** |

## FEES

| DATE | DESCRIPTION | | | | | AMOUNT |
|------|-------------|---|---|---|---|--------|
| 12/17 | Deposit Item Returned Fee: 01 NSF 1St    099005923    Dep Amt0000020000    # of Dep Svc | | | | | $12.00 |
| | Items00001Ck#:0000000254 | | | | | |
| | Date121318Ck Amt0000001200 | | | | | |
| | Fee001200 | | | | | |
| 12/18 | Money Order | | | | | 5.00 |
| 12/18 | Money Order | | | | | 5.00 |
| 12/20 | Returned Item Fee For An Unpaid Check #98 IN The Amount of $196.52 | | | | | 34.00 |
| 12/21 | Non-Chase ATM Fee-With | | | | | 2.50 |
| 12/28 | Non-Chase ATM Fee-With | | | | | 2.50 |
| 12/31 | Official Checks Charge | | | | | 8.00 |
| **Total Fees** | | | | | | **$69.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 12/13 | $200.00 |
| 12/17 | 1,342.45 |
| 12/18 | 442.43 |
| 12/20 | 158.43 |
| 12/21 | 2.52 |
| 12/24 | 140.79 |
| 12/26 | 138.29 |
| 12/27 | 319.79 |
| 12/28 | 6.76 |
| 12/31 | 781.53 |



December 13, 2018 through December 31, 2018
Account Number:

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 28 |
| Deposits / Credits | 3 |
| Deposited Items | 1 |
| **Transaction Total** | **32** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $380.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$380.00** |
| Cash Deposits Allowed | $5,000.00 |
| **Excess Cash Deposits** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC