Fill in this information to identify the case:

Debtor Name Alvin Smoked Meats & Eats, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 18-36657-H5-11

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: January 2019

Date report filed: 03/06/2019 (MM / DD / YYYY)

Line of business: Restaurant

NAISC code: 7225

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Mohammed Kabir

Original signature of responsible party: [signature]

Printed name of responsible party: Mohammed Kabir

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Alvin Smoked Meats & Eats, LLC Case number 18-36657-H5-11

17. Have you paid any bills you owed before you filed bankruptcy? ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 1,311.39

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 23,879.70

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 22,722.25

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here. + $ 1,157.45

This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 2,474.03

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*

Debtor Name Alvin Smoked Meats & Eats, LLC Case number 18-36657-H5-11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 6
27. What is the number of employees as of the date of this monthly report? 6

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A*<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | – | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ | – | $ 23,879.70 | = | $ |
| 33. **Cash disbursements** | $ | – | $ 22,722.25 | = | $ |
| 34. **Net cash flow** | $ | – | $ 1,157.45 | = | $ |

35. Total projected cash receipts for the next month: $ 30,000.00
36. Total projected cash disbursements for the next month: - $ 27,000.00
37. Total projected net cash flow for the next month: = $ 3,000.00

Debtor Name Alvin Smoked Meats & Eats, LLC

Case number 18-36657-H5-11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

Print Save As... Reset

EXHIBIT A

Alvin Smoked Meats & Eats, LLC
18-36657-H5-11

Debtor has not deposited all receipts into a DIP account.  Despite debtor's best efforts, debtor has been unable to find an approved bank willing to open a DIP account.

EXHIBIT B

Alvin Smoked Meats & Eats, LLC
18-36657-H5-11

Debtor banks at JPMorgan Chase Bank, and FDIC insured depository.  Despite debtor's best efforts, debtor has been unable to find an approved bank willing to open a DIP account.

# Alvin Smoked Meats and Eats

## PROFIT AND LOSS

January 2019

| | TOTAL |
|---|---|
| Income | |
| Bar Sales | |
| Beer Sales | 2,443.29 |
| Beverage Sales | 71.71 |
| Food Sales | 1,650.24 |
| Liquor Sales | 4,000.39 |
| Wine Sales | 22.50 |
| **Total Bar Sales** | **8,188.13** |
| Food Sales | 15,691.57 |
| **Total Income** | **$23,879.70** |
| Cost of Goods Sold | |
| Cost of Goods Sold | |
| Bar Cosumables | 2.50 |
| Bar Supplies | 36.46 |
| Beer Supply | 408.18 |
| Beverage Supply | 686.55 |
| Food Supplies - COGS | 7,515.31 |
| Kitchen Supplies | 485.75 |
| Liquor Supply | 51.95 |
| Restaurant Supplies | 113.66 |
| **Total Cost of Goods Sold** | **9,300.36** |
| **Total Cost of Goods Sold** | **$9,300.36** |
| GROSS PROFIT | **$14,579.34** |
| Expenses | |
| Accounting | 385.00 |
| Advertising & Marketing | 300.00 |
| Bank Charges & Fees | 273.00 |
| Car & Truck | 80.61 |
| CC Fees | 362.44 |
| Donations | 5.00 |
| Meals & Entertainment | 61.17 |
| Office Expense | 211.94 |
| Rent & Lease | 3,500.00 |
| Repairs & Maintenance | 62.13 |
| Restaurant Supplies | 232.19 |
| Salaries and Wages | 6,963.52 |
| Utilities | |
| Electric | 823.89 |
| Water | 161.00 |
| **Total Utilities** | **984.89** |
| **Total Expenses** | **$13,421.89** |
| NET OPERATING INCOME | **$1,157.45** |

|  | TOTAL |
|---|---|
| NET INCOME | **$1,157.45** |

# Alvin Smoked Meats and Eats

## PROFIT AND LOSS DETAIL

January 2019

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| Ordinary Income/Expenses | | | | | | | |
| Income | | | | | | | |
| Bar Sales | | | | | | | |
| Beer Sales | | | | | | | |
| 01/01/2019 | Sales Receipt | 1015 | | | Chase Main | 2,443.29 | 2,443.29 |
| **Total for Beer Sales** | | | | | | **$2,443.29** | |
| Beverage Sales | | | | | | | |
| 01/01/2019 | Sales Receipt | 1015 | | | Chase Main | 71.71 | 71.71 |
| **Total for Beverage Sales** | | | | | | **$71.71** | |
| Food Sales | | | | | | | |
| 01/01/2019 | Sales Receipt | 1015 | | | Chase Main | 1,650.24 | 1,650.24 |
| **Total for Food Sales** | | | | | | **$1,650.24** | |
| Liquor Sales | | | | | | | |
| 01/01/2019 | Sales Receipt | 1015 | | | Chase Main | 4,000.39 | 4,000.39 |
| **Total for Liquor Sales** | | | | | | **$4,000.39** | |
| Wine Sales | | | | | | | |
| 01/01/2019 | Sales Receipt | 1015 | | | Chase Main | 22.50 | 22.50 |
| **Total for Wine Sales** | | | | | | **$22.50** | |
| **Total for Bar Sales** | | | | | | **$8,188.13** | |
| Food Sales | | | | | | | |
| 01/01/2019 | Sales Receipt | 1015 | | | Chase Main | 10,100.45 | 10,100.45 |
| 01/01/2019 | Sales Receipt | 1015 | | | Chase Main | 16.87 | 10,117.32 |
| 01/31/2019 | Sales Receipt | 1016 | | | Cash on hand | 5,574.25 | 15,691.57 |
| **Total for Food Sales** | | | | | | **$15,691.57** | |
| **Total for Income** | | | | | | **$23,879.70** | |
| Cost of Goods Sold | | | | | | | |
| Cost of Goods Sold | | | | | | | |
| Bar Cosumables | | | | | | | |
| 01/16/2019 | Expense | | Walmart | | Cash on hand | 2.50 | 2.50 |
| **Total for Bar Cosumables** | | | | | | **$2.50** | |
| Bar Supplies | | | | | | | |
| 01/10/2019 | Expense | | Tony's Bar Supply | | Chase Main | 36.46 | 36.46 |
| **Total for Bar Supplies** | | | | | | **$36.46** | |
| Beer Supply | | | | | | | |
| 01/04/2019 | Expense | | Sam's | | Cash on hand | 32.74 | 32.74 |
| 01/09/2019 | Expense | | Del Papa | | Cash on hand | 135.94 | 168.68 |
| 01/23/2019 | Expense | | Del Papa | | Cash on hand | 221.52 | 390.20 |
| 01/31/2019 | Expense | | Walmart | | Chase Main | 17.98 | 408.18 |
| **Total for Beer Supply** | | | | | | **$408.18** | |
| Beverage Supply | | | | | | | |
| 01/02/2019 | Expense | | Family Dollar | | Cash on hand | 1.95 | 1.95 |
| 01/10/2019 | Expense | | Jakes Inc. | | Cash on hand | 684.60 | 686.55 |
| **Total for Beverage Supply** | | | | | | **$686.55** | |
| Food Supplies - COGS | | | | | | | |
| 01/02/2019 | Expense | | HEB | | Cash on hand | 57.15 | 57.15 |
| 01/02/2019 | Expense | | HEB | | Cash on hand | 78.88 | 136.03 |
| 01/02/2019 | Expense | | HEB | | Cash on hand | 36.23 | 172.26 |
| 01/02/2019 | Expense | | HEB | | Cash on hand | 70.06 | 242.32 |
| 01/02/2019 | Expense | | Walmart | | Cash on hand | 13.68 | 256.00 |
| 01/03/2019 | Expense | | HEB | | Chase Main | 25.11 | 281.11 |
| 01/04/2019 | Expense | | HEB | | Cash on hand | 35.30 | 316.41 |
| 01/04/2019 | Expense | | HEB | | Cash on hand | 31.08 | 347.49 |
| 01/04/2019 | Expense | | Walmart | | Cash on hand | 14.29 | 361.78 |
| 01/04/2019 | Expense | | HEB | | Cash on hand | 29.77 | 391.55 |
| 01/04/2019 | Bill | | Sam's | | Accounts Payable (A/P) | 209.53 | 601.08 |
| 01/04/2019 | Expense | | Sam's | | Cash on hand | 63.00 | 664.08 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/04/2019 | Expense | | Walmart | | Cash on hand | 8.12 | 672.20 |
| 01/05/2019 | Expense | | Dollar General | | Cash on hand | 1.30 | 673.50 |
| 01/05/2019 | Expense | | HEB | | Cash on hand | 45.12 | 718.62 |
| 01/05/2019 | Expense | | City Market Inc | | Cash on hand | 500.00 | 1,218.62 |
| 01/05/2019 | Expense | | HEB | | Cash on hand | 68.12 | 1,286.74 |
| 01/06/2019 | Expense | | HEB | | Cash on hand | 8.77 | 1,295.51 |
| 01/06/2019 | Expense | | HEB | | Cash on hand | 58.02 | 1,353.53 |
| 01/07/2019 | Expense | | Restaurant Depot | | Chase Main | 301.73 | 1,655.26 |
| 01/07/2019 | Expense | | Sam's | | Chase Main | 217.16 | 1,872.42 |
| 01/08/2019 | Expense | | HEB | | Cash on hand | 28.01 | 1,900.43 |
| 01/08/2019 | Expense | | Flowers Bakery | | Checking | 52.93 | 1,953.36 |
| 01/08/2019 | Expense | | HEB | | Cash on hand | 65.09 | 2,018.45 |
| 01/09/2019 | Expense | | City Market Inc | | Cash on hand | 249.64 | 2,268.09 |
| 01/09/2019 | Expense | | HEB | | Chase Main | 48.34 | 2,316.43 |
| 01/09/2019 | Expense | | HEB | | Chase Main | 86.08 | 2,402.51 |
| 01/10/2019 | Expense | | City Market Inc | | Chase Main | 511.54 | 2,914.05 |
| 01/10/2019 | Check | 68.03 | Jakes Inc. | | Chase Main | 402.10 | 3,316.15 |
| 01/10/2019 | Expense | | Shell | | Chase Main | 4.56 | 3,320.71 |
| 01/11/2019 | Expense | | Walmart | | Cash on hand | 4.57 | 3,325.28 |
| 01/11/2019 | Expense | | HEB | | Cash on hand | 56.60 | 3,381.88 |
| 01/11/2019 | Expense | | HEB | | Cash on hand | 50.64 | 3,432.52 |
| 01/11/2019 | Expense | | HEB | | Cash on hand | 52.63 | 3,485.15 |
| 01/12/2019 | Expense | | Dollar General | | Cash on hand | 5.00 | 3,490.15 |
| 01/12/2019 | Bill | | Sam's | | Accounts Payable (A/P) | 49.39 | 3,539.54 |
| 01/13/2019 | Expense | | Dollar General | | Cash on hand | 1.50 | 3,541.04 |
| 01/13/2019 | Expense | | HEB | | Cash on hand | 39.55 | 3,580.59 |
| 01/13/2019 | Expense | | HEB | | Cash on hand | 10.30 | 3,590.89 |
| 01/13/2019 | Expense | | HEB | | Cash on hand | 23.01 | 3,613.90 |
| 01/14/2019 | Expense | | HEB | | Cash on hand | 47.86 | 3,661.76 |
| 01/14/2019 | Expense | | HEB | | Cash on hand | 65.40 | 3,727.16 |
| 01/14/2019 | Expense | | Flowers Bakery | | Cash on hand | 61.55 | 3,788.71 |
| 01/14/2019 | Expense | | Sam's | | Cash on hand | 209.46 | 3,998.17 |
| 01/14/2019 | Expense | | Michoacan | | Chase Main | 14.87 | 4,013.04 |
| 01/14/2019 | Expense | | HEB | | Cash on hand | 39.97 | 4,053.01 |
| 01/16/2019 | Expense | | Walmart | | Cash on hand | 3.69 | 4,056.70 |
| 01/16/2019 | Expense | | HEB | | Chase Main | 51.23 | 4,107.93 |
| 01/16/2019 | Expense | | Sam's | | Chase Main | 47.84 | 4,155.77 |
| 01/16/2019 | Expense | | Dollar General | | Cash on hand | 7.01 | 4,162.78 |
| 01/16/2019 | Expense | | HEB | | Cash on hand | 59.45 | 4,222.23 |
| 01/16/2019 | Expense | | HEB | | Cash on hand | 22.36 | 4,244.59 |
| 01/18/2019 | Expense | | HEB | | Cash on hand | 58.84 | 4,303.43 |
| 01/18/2019 | Expense | | HEB | | Cash on hand | 4.42 | 4,307.85 |
| 01/18/2019 | Expense | | HEB | | Cash on hand | 18.32 | 4,326.17 |
| 01/18/2019 | Expense | | Walmart | | Cash on hand | 7.84 | 4,334.01 |
| 01/18/2019 | Expense | | HEB | | Cash on hand | 60.85 | 4,394.86 |
| 01/18/2019 | Expense | | Sam's | | Chase Main | 13.99 | 4,408.85 |
| 01/18/2019 | Expense | | Sam's | | Chase Main | 206.92 | 4,615.77 |
| 01/19/2019 | Expense | | Michoacan | | Cash on hand | 39.39 | 4,655.16 |
| 01/19/2019 | Expense | | Flowers Bakery | | Cash on hand | 35.00 | 4,690.16 |
| 01/20/2019 | Expense | | HEB | | Cash on hand | 13.50 | 4,703.66 |
| 01/22/2019 | Expense | | HEB | | Cash on hand | 51.26 | 4,754.92 |
| 01/22/2019 | Expense | | HEB | | Cash on hand | 56.56 | 4,811.48 |
| 01/22/2019 | Expense | | Sam's | | Chase Main | 140.03 | 4,951.51 |
| 01/22/2019 | Expense | | HEB | | Cash on hand | 88.38 | 5,039.89 |
| 01/23/2019 | Expense | | HEB | | Cash on hand | 34.17 | 5,074.06 |
| 01/23/2019 | Expense | | HEB | | Cash on hand | 35.29 | 5,109.35 |
| 01/24/2019 | Expense | | HEB | | Chase Main | 55.70 | 5,165.05 |
| 01/24/2019 | Expense | | City Market Inc | | Cash on hand | 229.60 | 5,394.65 |
| 01/24/2019 | Expense | | Sam's | | Chase Main | 68.61 | 5,463.26 |
| 01/24/2019 | Expense | | HEB | | Chase Main | 31.16 | 5,494.42 |
| 01/24/2019 | Bill | 2848478 | Jakes Inc. | | Accounts Payable (A/P) | 575.18 | 6,069.60 |
| 01/25/2019 | Expense | | Sam's | | Cash on hand | 131.21 | 6,200.81 |
| 01/25/2019 | Expense | | HEB | | Chase Main | 76.13 | 6,276.94 |
| 01/25/2019 | Expense | | Restaurant Depot | | Chase Main | 286.14 | 6,563.08 |
| 01/25/2019 | Expense | | Sam's | | Cash on hand | 96.84 | 6,659.92 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/25/2019 | Expense | | Flowers Bakery | | Cash on hand | 32.93 | 6,692.85 |
| 01/25/2019 | Expense | | Dollar General | | Cash on hand | 9.00 | 6,701.85 |
| 01/25/2019 | Expense | | Walmart | | Chase Main | 114.76 | 6,816.61 |
| 01/28/2019 | Expense | | Sam's | | Chase Main | 168.15 | 6,984.76 |
| 01/28/2019 | Expense | | Target | | Chase Main | 10.81 | 6,995.57 |
| 01/28/2019 | Expense | | Walmart | | Chase Main | 135.39 | 7,130.96 |
| 01/28/2019 | Expense | | HEB | | Chase Main | 57.66 | 7,188.62 |
| 01/28/2019 | Expense | | HEB | | Chase Main | 60.52 | 7,249.14 |
| 01/29/2019 | Expense | | Flowers Bakery | | Cash on hand | 32.93 | 7,282.07 |
| 01/30/2019 | Expense | | HEB | | Cash on hand | 28.83 | 7,310.90 |
| 01/31/2019 | Expense | | Walmart | | Chase Main | 27.02 | 7,337.92 |
| 01/31/2019 | Expense | | HEB | | Chase Main | 26.87 | 7,364.79 |
| 01/31/2019 | Expense | | HEB | | Chase Main | 76.78 | 7,441.57 |
| 01/31/2019 | Expense | | HEB | | Chase Main | 36.30 | 7,477.87 |
| 01/31/2019 | Expense | | HEB | | Chase Main | 37.44 | 7,515.31 |
| **Total for Food Supplies - COGS** | | | | | | **$7,515.31** | |
| Kitchen Supplies | | | | | | | |
| 01/04/2019 | Bill | | Sam's | | Accounts Payable (A/P) | 20.91 | 20.91 |
| 01/05/2019 | Expense | | | Pecan Firewood | Cash on hand | 150.00 | 170.91 |
| 01/05/2019 | Expense | | Walmart | | Cash on hand | 4.95 | 175.86 |
| 01/05/2019 | Expense | | Walmart | | Cash on hand | 5.37 | 181.23 |
| 01/12/2019 | Bill | | Sam's | | Accounts Payable (A/P) | 86.14 | 267.37 |
| 01/12/2019 | Expense | | Walmart | | Cash on hand | 21.71 | 289.08 |
| 01/14/2019 | Expense | | Sam's | | Cash on hand | 33.44 | 322.52 |
| 01/16/2019 | Expense | | JKS Houston Restaurant Supply | | Chase Main | 29.66 | 352.18 |
| 01/16/2019 | Expense | | Sam's | | Chase Main | 72.20 | 424.38 |
| 01/17/2019 | Expense | | Walmart | | Cash on hand | 4.57 | 428.95 |
| 01/24/2019 | Expense | | Sam's | | Chase Main | 19.86 | 448.81 |
| 01/25/2019 | Expense | | Sam's | | Cash on hand | 36.94 | 485.75 |
| **Total for Kitchen Supplies** | | | | | | **$485.75** | |
| Liquor Supply | | | | | | | |
| 01/18/2019 | Expense | | Baywood Liquor | | Chase Main | 51.95 | 51.95 |
| **Total for Liquor Supply** | | | | | | **$51.95** | |
| Restaurant Supplies | | | | | | | |
| 01/07/2019 | Expense | | Restaurant Depot | | Chase Main | 83.35 | 83.35 |
| 01/16/2019 | Expense | | Dollar General | | Cash on hand | 3.00 | 86.35 |
| 01/25/2019 | Expense | | Walmart | | Chase Main | 6.78 | 93.13 |
| 01/25/2019 | Expense | | Restaurant Depot | | Chase Main | 20.53 | 113.66 |
| **Total for Restaurant Supplies** | | | | | | **$113.66** | |
| **Total for Cost of Goods Sold** | | | | | | **$9,300.36** | |
| **Total for Cost of Goods Sold** | | | | | | **$9,300.36** | |
| **Gross Profit** | | | | | | **$14,579.34** | |
| Expenses | | | | | | | |
| Accounting | | | | | | | |
| 01/22/2019 | Expense | | ST&R Business Solutions dba Tax Xpress Plus | w-2's and Quickbooks | Chase Main | 260.00 | 260.00 |
| 01/23/2019 | Expense | | ST&R Business Solutions dba Tax Xpress Plus | bookkeeping | Chase Main | 125.00 | 385.00 |
| **Total for Accounting** | | | | | | **$385.00** | |
| Advertising & Marketing | | | | | | | |
| 01/18/2019 | Check | 6804 | | | Chase Main | 300.00 | 300.00 |
| **Total for Advertising & Marketing** | | | | | | **$300.00** | |
| Bank Charges & Fees | | | | | | | |
| 01/31/2019 | Expense | | | | Chase Main | 273.00 | 273.00 |
| **Total for Bank Charges & Fees** | | | | | | **$273.00** | |
| Car & Truck | | | | | | | |
| 01/02/2019 | Expense | | HEB | Gas | Cash on hand | 20.00 | 20.00 |
| 01/08/2019 | Expense | | HEB | gas | Cash on hand | 15.00 | 35.00 |
| 01/15/2019 | Expense | | ExxonMobil | | Chase Main | 9.28 | 44.28 |
| 01/16/2019 | Expense | | Shell | | Chase Main | 5.74 | 50.02 |
| 01/28/2019 | Expense | | Shell | | Chase Main | 14.13 | 64.15 |
| 01/30/2019 | Expense | | Coyote Express | | Chase Main | 16.46 | 80.61 |
| **Total for Car & Truck** | | | | | | **$80.61** | |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| CC Fees | | | | | | | |
| 01/31/2019 | Expense | | Harbortouch | | Chase Main | 362.44 | 362.44 |
| **Total for CC Fees** | | | | | | **$362.44** | |
| Donations | | | | | | | |
| 01/31/2019 | Expense | | HEB | | Chase Main | 5.00 | 5.00 |
| **Total for Donations** | | | | | | **$5.00** | |
| Meals & Entertainment | | | | | | | |
| 01/02/2019 | Expense | | Rice and Pho | | Chase Main | 20.00 | 20.00 |
| 01/15/2019 | Expense | | | | Chase Main | 9.74 | 29.74 |
| 01/18/2019 | Expense | | | | Chase Main | 8.13 | 37.87 |
| 01/18/2019 | Expense | | | | Chase Main | 23.30 | 61.17 |
| **Total for Meals & Entertainment** | | | | | | **$61.17** | |
| Office Expense | | | | | | | |
| 01/22/2019 | Expense | | Comcast | Cable | Chase Main | 171.60 | 171.60 |
| 01/25/2019 | Expense | | Netflix | | Chase Main | 14.86 | 186.46 |
| 01/25/2019 | Expense | | Starz | | Chase Main | 9.55 | 196.01 |
| 01/30/2019 | Expense | | | | Chase Main | 15.93 | 211.94 |
| **Total for Office Expense** | | | | | | **$211.94** | |
| Rent & Lease | | | | | | | |
| 01/22/2019 | Expense | | Alvin Properties LLC | | Cash on hand | 3,500.00 | 3,500.00 |
| **Total for Rent & Lease** | | | | | | **$3,500.00** | |
| Repairs & Maintenance | | | | | | | |
| 01/28/2019 | Expense | | Home Depot | | Chase Main | 45.36 | 45.36 |
| 01/29/2019 | Expense | | Home Depot | | Chase Main | 16.77 | 62.13 |
| **Total for Repairs & Maintenance** | | | | | | **$62.13** | |
| Restaurant Supplies | | | | | | | |
| 01/04/2019 | Expense | | Cintas | | Cash on hand | 61.16 | 61.16 |
| 01/09/2019 | Expense | | Cintas | | Cash on hand | 48.71 | 109.87 |
| 01/11/2019 | Expense | | Cintas | | Cash on hand | 61.16 | 171.03 |
| 01/25/2019 | Expense | | Cintas | | Cash on hand | 61.16 | 232.19 |
| **Total for Restaurant Supplies** | | | | | | **$232.19** | |
| Salaries and Wages | | | | | | | |
| 01/08/2019 | Check | 8389 | Boone, Matthew | | Chase Main | 592.74 | 592.74 |
| 01/08/2019 | Check | 8390 | Bryan, Ervin | | Chase Main | 735.70 | 1,328.44 |
| 01/08/2019 | Check | 8394 | Macias III, Luis | | Chase Main | 378.12 | 1,706.56 |
| 01/08/2019 | Check | 8395 | Padilla, Jason | | Cash on hand | 378.12 | 2,084.68 |
| 01/08/2019 | Check | 8391 | Kabir, Krystal | | Chase Main | 1,872.17 | 3,956.85 |
| 01/08/2019 | Check | 8393 | Luna, Blanca | | Chase Main | 515.87 | 4,472.72 |
| 01/22/2019 | Check | 8389 | Boone, Matthew | | Cash on hand | 658.83 | 5,131.55 |
| 01/22/2019 | Check | 8390 | Bryan, Ervin | | Cash on hand | 515.26 | 5,646.81 |
| 01/22/2019 | Check | 8393 | Luna, Blanca | | Cash on hand | 241.52 | 5,888.33 |
| 01/22/2019 | Check | 8394 | Macias III, Luis | | Cash on hand | 438.21 | 6,326.54 |
| 01/22/2019 | Check | 8395 | Padilla, Jason | | Cash on hand | 636.98 | 6,963.52 |
| **Total for Salaries and Wages** | | | | | | **$6,963.52** | |
| Utilities | | | | | | | |
| Electric | | | | | | | |
| 01/15/2019 | Expense | | Centerpoint Energy | | Chase Main | 127.75 | 127.75 |
| 01/22/2019 | Expense | | Constellation | | Chase Main | 696.14 | 823.89 |
| **Total for Electric** | | | | | | **$823.89** | |
| Water | | | | | | | |
| 01/22/2019 | Check | 6875 | | | Chase Main | 161.00 | 161.00 |
| **Total for Water** | | | | | | **$161.00** | |
| **Total for Utilities** | | | | | | **$984.89** | |
| **Total for Expenses** | | | | | | **$13,421.89** | |
| **Net Income** | | | | | | **$1,157.45** | |



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

January 01, 2019 through January 31, 2019
Account Number:

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00122828 DRE 201 219 03219 NNNNNNNNNNN 1 000000000 64 0000

ALVIN SMOKED MEATS & EATS, LLC
1109 W HIGHWAY 6 STE D
ALVIN TX 77511-9512

## CHECKING SUMMARY

Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$781.53** |
| Deposits and Additions | 48 | 19,814.26 |
| Checks Paid | 9 | -5,532.88 |
| ATM & Debit Card Withdrawals | 62 | -8,593.49 |
| Electronic Withdrawals | 22 | -1,808.58 |
| Other Withdrawals | 2 | -4,000.00 |
| Fees | 17 | -273.00 |
| **Ending Balance** | **160** | **$387.84** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | Paymentech Deposit 6362904 CCD ID: 1020401225 | $140.97 |
| 01/03 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 221.03 |
| 01/04 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 758.59 |
| 01/04 | Harbortouch Pymt Proc 021770020910471 CCD ID: 2177400097 | 113.01 |
| 01/07 | Harbortouch Pymt Proc 021770020910471 CCD ID: 2177400097 | 1,403.71 |
| 01/07 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 635.46 |
| 01/07 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 607.71 |
| 01/07 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 298.29 |
| 01/07 | Harbortouch Pymt Proc 021770020910471 CCD ID: 2177400097 | 40.86 |
| 01/08 | ATM Cash Deposit 01/08 3103 E Fm 528 Rd Friendswood TX Card 9297 | 600.00 |
| 01/08 | ATM Cash Deposit 01/08 3103 E Fm 528 Rd Friendswood TX Card 9297 | 400.00 |
| 01/08 | Harbortouch Pymt Proc 021770020910471 CCD ID: 2177400097 | 0.34 |
| 01/09 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 409.88 |
| 01/10 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 420.00 |
| 01/10 | Harbortouch Pymt Proc 021770020910471 CCD ID: 2177400097 | 0.28 |
| 01/11 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 572.67 |
| 01/11 | Harbortouch Pymt Proc 021770020910471 CCD ID: 2177400097 | 0.85 |
| 01/14 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 1,103.14 |
| 01/14 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 872.09 |
| 01/14 | Harbortouch Pymt Proc 021770020910471 CCD ID: 2177400097 | 608.62 |
| 01/14 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 397.97 |



January 01, 2019 through January 31, 2019
Account Number:

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/14 | Harbortouch Pymt Proc 02177002091 0471 CCD ID: 2177400097 | 1.18 |
| 01/15 | Harbortouch Pymt Proc 02177002091 0471 CCD ID: 2177400097 | 10.63 |
| 01/16 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 470.33 |
| 01/17 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 974.34 |
| 01/17 | Harbortouch Pymt Proc 02177002091 0471 CCD ID: 2177400097 | 64.58 |
| 01/18 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 790.89 |
| 01/18 | Harbortouch Pymt Proc 02177002091 0471 CCD ID: 2177400097 | 69.44 |
| 01/22 | Harbortouch Pymt Proc 02177002091 0471 CCD ID: 2177400097 | 784.08 |
| 01/22 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 593.22 |
| 01/22 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 422.82 |
| 01/22 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 334.29 |
| 01/22 | Harbortouch Pymt Proc 02177002091 0471 CCD ID: 2177400097 | 255.46 |
| 01/22 | Harbortouch Pymt Proc 02177002091 0471 CCD ID: 2177400097 | 210.01 |
| 01/23 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 271.52 |
| 01/24 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 529.12 |
| 01/24 | Harbortouch Pymt Proc 02177002091 0471 CCD ID: 2177400097 | 40.62 |
| 01/25 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 535.78 |
| 01/25 | Harbortouch Pymt Proc 02177002091 0471 CCD ID: 2177400097 | 70.18 |
| 01/28 | Harbortouch Pymt Proc 02177002091 0471 CCD ID: 2177400097 | 950.05 |
| 01/28 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 604.49 |
| 01/28 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 538.91 |
| 01/28 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 416.70 |
| 01/28 | Harbortouch Pymt Proc 02177002091 0471 CCD ID: 2177400097 | 242.49 |
| 01/29 | Purchase Return 01/29 The Home Depot 6539 Alvin TX Card 9297 | 10.81 |
| 01/29 | Harbortouch Pymt Proc 02177002091 0471 CCD ID: 2177400097 | 199.48 |
| 01/30 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 252.37 |
| 01/31 | Paymentech Deposit 6362904 CCD ID: 1020401225 | 565.00 |
| **Total Deposits and Additions** | | **$19,814.26** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 6803 ^ | | 01/17 | $402.10 |
| 6804 ^ | 01/18 | 01/18 | 300.00 |
| 6875 * | Check # 6875 Cbc MUD Checkpaymt Arc ID: 2742118136 | 01/22 | 161.00 |
| 6877 * ^ | | 01/31 | 575.18 |
| 8389 * ^ | 01/09 | 01/09 | 592.74 |
| 8390 ^ | 01/08 | 01/08 | 735.70 |
| 8391 ^ | 01/28 | 01/28 | 1,872.17 |
| 8393 * ^ | 01/09 | 01/09 | 515.87 |
| 8394 ^ | | 01/09 | 378.12 |
| **Total Checks Paid** | | | **$5,532.88** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



January 01, 2019 through January 31, 2019

Account Number:

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | Card Purchase          01/01 Rice And Pho 281-4648888 TX Card 9297 | $20.00 |
| 01/03 | Card Purchase With Pin  01/03 H-E-B #288 Alvin TX Card 9297 | 25.11 |
| 01/04 | Non-Chase ATM Withdraw  01/04 *Dixie Farm Pearland TX Card 9297 | 803.00 |
| 01/04 | Card Purchase With Pin  01/04 Samsclub #4702 Friendswood TX Card 9297 | 75.00 |
| 01/07 | ATM Withdrawal          01/07 10997 Scarsdale Blvd Houston TX Card 9297 | 800.00 |
| 01/07 | ATM Withdrawal          01/07 10997 Scarsdale Blvd Houston TX Card 9297 | 200.00 |
| 01/07 | Card Purchase With Pin  01/07 Restaurant Depot Houston TX Card 9297 | 385.08 |
| 01/08 | Card Purchase With Pin  01/08 Sam's Club Houston TX Card 9297 | 217.16 |
| 01/08 | ATM Withdrawal          01/08 10997 Scarsdale Blvd Houston TX Card 9297 | 240.00 |
| 01/09 | Card Purchase With Pin  01/09 H-E-B #288 Alvin TX Card 9297 | 86.08 |
| 01/09 | Card Purchase With Pin  01/09 H-E-B #288 Alvin TX Card 9297 | 48.34 |
| 01/10 | Card Purchase          01/08 Tony's Bar Supply Compa Houston TX Card 9297 | 36.46 |
| 01/10 | Card Purchase          01/09 City Market Inc 979-7433440 TX Card 9297 | 511.54 |
| 01/10 | Card Purchase With Pin  01/10 Shell Service Station Houston TX Card 9297 | 4.56 |
| 01/11 | ATM Withdrawal          01/11 10997 Scarsdale Blvd Houston TX Card 9297 | 600.00 |
| 01/14 | Card Purchase With Pin  01/12 Sam's Club Houston TX Card 9297 | 5.53 |
| 01/14 | Card Purchase With Pin  01/12 Michoacan Meat Market Alvin TX Card 9297 | 14.87 |
| 01/15 | Card Purchase          01/14 Fsi*Centerpoint Energ 800-967-9649 TX Card 9297 | 127.75 |
| 01/15 | Card Purchase          01/14 Sq *Gracia's Breakfast Pearland TX Card 9297 | 9.74 |
| 01/15 | Card Purchase          01/14 Exxonmobil   46936282 Pearland TX Card 9297 | 9.28 |
| 01/16 | Card Purchase With Pin  01/16 Shell Service Station Houston TX Card 9297 | 5.74 |
| 01/16 | Card Purchase W/Cash   01/16 Samsclub #4702 Friendswood TX Card 9297 Purchase $120.04 Cash Back $100.00 | 220.04 |
| 01/16 | Card Purchase With Pin  01/16 H-E-B #558 Friendswood TX Card 9297 | 51.23 |
| 01/17 | Card Purchase          01/16 Jks Houston Restaurant Houston TX Card 9297 | 29.66 |
| 01/18 | Card Purchase          01/17 Taco Bell #2434 Houston TX Card 9297 | 8.13 |
| 01/18 | Card Purchase          01/17 Dans Pizza Mont 866-2077489 TX Card 9297 | 23.30 |
| 01/18 | Card Purchase With Pin  01/18 Sam's Club Houston TX Card 9297 | 206.92 |
| 01/18 | Card Purchase With Pin  01/18 Sams Club Sam's Club Houston TX Card 9297 | 13.99 |
| 01/18 | Non-Chase ATM Withdraw  01/18 877 E Hwy 6 Alvin TX Card 9297 | 403.00 |
| 01/18 | Card Purchase With Pin  01/18 Baywood Liquor #2 Houston TX Card 9297 | 51.95 |
| 01/22 | Card Purchase          01/18 Paypal *Taxxpresspl 402-935-7733 CA Card 9297 | 260.00 |
| 01/22 | Card Purchase          01/19 Comcast Houston Cs 1X 800-266-2278 TX Card 9297 | 171.60 |
| 01/22 | Non-Chase ATM Withdraw  01/18 15309 Gulf Freeway Houston TX Card 9297 | 122.75 |
| 01/22 | Card Purchase With Pin  01/22 Samsclub #4702 Friendswood TX Card 9297 | 140.03 |
| 01/22 | Non-Chase ATM Withdraw  01/22 1200 W Sealy St Alvin TX Card 9297 | 102.00 |
| 01/23 | Card Purchase          01/23 Paypal *Taxxpresspl 402-935-7733 CA Card 9297 | 125.00 |
| 01/23 | Non-Chase ATM Withdraw  01/23 *Dixie Farm Pearland TX Card 9297 | 463.00 |
| 01/24 | Card Purchase With Pin  01/24 Restaurant Depot Houston TX Card 9297 | 306.67 |
| 01/24 | Card Purchase With Pin  01/24 Sams Club Sam's Club Pearland TX Card 9297 | 88.47 |
| 01/24 | Card Purchase With Pin  01/24 H-E-B #288 Alvin TX Card 9297 | 55.70 |
| 01/24 | Card Purchase With Pin  01/24 H-E-B #288 Alvin TX Card 9297 | 31.16 |
| 01/25 | Card Purchase With Pin  01/25 H-E-B #288 Alvin TX Card 9297 | 76.13 |
| 01/25 | Card Purchase With Pin  01/25 Wal-Mart Super Center Alvin TX Card 9297 | 121.54 |
| 01/25 | Non-Chase ATM Withdraw  01/25 877 E Hwy 6 Alvin TX Card 9297 | 363.00 |
| 01/25 | Recurring Card Purchase 01/24 Netflix.Com Netflix.Com CA Card 9297 | 14.86 |
| 01/25 | Recurring Card Purchase 01/24 Google *Starz 855-836-3987 CA Card 9297 | 9.55 |
| 01/28 | Card Purchase W/Cash   01/26 Wal-Mart #3510 Pearland TX Card 9297 Purchase $135.39 Cash Back $100.00 | 235.39 |
| 01/28 | Card Purchase With Pin  01/26 Target T- 8503 S Sam H Houston TX Card 9297 | 10.81 |
| 01/28 | Card Purchase With Pin  01/28 Shell Service Station Houston TX Card 9297 | 14.13 |





January 01, 2019through January 31, 2019
Account Number:

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/28 | Card Purchase With Pin 01/28 Samsclub #8244 Houston TX Card 9297 | 168.15 |
| 01/28 | Card Purchase With Pin 01/28 H-E-B #054 Houston TX Card 9297 | 60.52 |
| 01/28 | Card Purchase With Pin 01/28 H-E-B #054 Houston TX Card 9297 | 57.66 |
| 01/29 | Card Purchase With Pin 01/29 The Home Depot 6539 Alvin TX Card 9297 | 45.36 |
| 01/29 | Card Purchase With Pin 01/29 The Home Depot 6539 Alvin TX Card 9297 | 16.77 |
| 01/30 | Card Purchase With Pin 01/30 Coyote Express Houston TX Card 9297 | 16.46 |
| 01/30 | Recurring Card Purchase 01/29 Google*Ripl G.CO Helppay# CA Card 9297 | 15.93 |
| 01/31 | ATM Withdrawal 01/31 10997 Scarsdale Blvd Houston TX Card 9297 | 40.00 |
| 01/31 | Card Purchase With Pin 01/31 H-E-B #054 Houston TX Card 9297 | 42.44 |
| 01/31 | Card Purchase With Pin 01/31 H-E-B #054 Houston TX Card 9297 | 36.30 |
| 01/31 | Card Purchase With Pin 01/31 H-E-B #288 Alvin TX Card 9297 | 76.78 |
| 01/31 | Card Purchase With Pin 01/31 H-E-B #288 Alvin TX Card 9297 | 26.87 |
| 01/31 | Card Purchase With Pin 01/31 Wal-Mart #0462 Alvin TX Card 9297 | 45.00 |
| **Total ATM & Debit Card Withdrawals** | | **$8,593.49** |

## ATM & DEBIT CARD SUMMARY

Mohammed Ehasan Kabir Card 9297

| | |
|---|---|
| Total ATM Withdrawals & Debits | $4,136.75 |
| Total Card Purchases | $4,456.74 |
| Total Card Deposits & Credits | $1,010.81 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $4,136.75 |
| Total Card Purchases | $4,456.74 |
| Total Card Deposits & Credits | $1,010.81 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | Berkman Funding Berkman Fu B1090832 CCD ID: 1010855279 | $750.00 |
| 01/02 | Paymentech Fee 6362904 CCD ID: 1020401225 | 138.45 |
| 01/03 | Harbrtouch Harbrtouch PPD ID: 6331220046 | 159.79 |
| 01/04 | Harbortouch Ppm Fees S 021770020910471 CCD ID: 2177400097 | 2.46 |
| 01/07 | Harbortouch Ppm Fees S 021770020910471 CCD ID: 2177400097 | 17.18 |
| 01/07 | Harbortouch Ppm Fees S 021770020910471 CCD ID: 2177400097 | 0.30 |
| 01/08 | Harbortouch Ppm Fees S 021770020910471 CCD ID: 2177400097 | 0.34 |
| 01/10 | Harbortouch Ppm Fees S 021770020910471 CCD ID: 2177400097 | 0.28 |
| 01/11 | Harbortouch Ppm Fees S 021770020910471 CCD ID: 2177400097 | 0.85 |
| 01/14 | Harbortouch Ppm Fees S 021770020910471 CCD ID: 2177400097 | 6.42 |
| 01/14 | Harbortouch Ppm Fees S 021770020910471 CCD ID: 2177400097 | 1.18 |
| 01/17 | Harbortouch Ppm Fees S 021770020910471 CCD ID: 2177400097 | 1.46 |
| 01/18 | Harbortouch Ppm Fees S 021770020910471 CCD ID: 2177400097 | 0.35 |
| 01/22 | Constellation 7133572800 000000060012801 Web ID: 1510393419 | 696.14 |
| 01/22 | Harbortouch Ppm Fees S 021770020910471 CCD ID: 2177400097 | 8.21 |
| 01/22 | Harbortouch Ppm Fees S 021770020910471 CCD ID: 2177400097 | 4.30 |
| 01/22 | Harbortouch Ppm Fees S 021770020910471 CCD ID: 2177400097 | 1.86 |
| 01/24 | Harbortouch Ppm Fees S 021770020910471 CCD ID: 2177400097 | 0.74 |
| 01/25 | Harbortouch Ppm Fees S 021770020910471 CCD ID: 2177400097 | 1.39 |

January 01, 2019 through January 31, 2019
Account Number:

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/28 | Harbortouch Ppm Fees S 021770020910471 CCD ID: 2177400097 | 9.88 |
| 01/28 | Harbortouch Ppm Fees S 021770020910471 CCD ID: 2177400097 | 3.40 |
| 01/29 | Harbortouch Ppm Fees S 021770020910471 CCD ID: 2177400097 | 3.60 |
| **Total Electronic Withdrawals** | | **$1,808.58** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/14 | 01/14 Withdrawal | $2,800.00 |
| 01/22 | 01/22 Withdrawal | 1,200.00 |
| **Total Other Withdrawals** | | **$4,000.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | Returned Item Fee For An Unpaid $163.23 Item - Details: Harbortouch Fees 021770020910471 CCD ID: 2177400097 | $34.00 |
| 01/04 | Non-Chase ATM Fee-With | 2.50 |
| 01/10 | Counter Check | 2.00 |
| 01/14 | Official Checks Charge | 8.00 |
| 01/14 | Counter Check | 2.00 |
| 01/14 | Returned Item Fee For An Unpaid Check #6803 IN The Amount of $402.10 | 34.00 |
| 01/16 | Returned Item Fee For An Unpaid Check #6805 IN The Amount of $684.60 | 34.00 |
| 01/18 | Non-Chase ATM Fee-With | 2.50 |
| 01/22 | Official Checks Charge | 8.00 |
| 01/22 | Non-Chase ATM Fee-With | 2.50 |
| 01/22 | Non-Chase ATM Fee-With | 2.50 |
| 01/23 | Non-Chase ATM Fee-With | 2.50 |
| 01/23 | Returned Item Fee For An Unpaid Check #8395 IN The Amount of $636.98 | 34.00 |
| 01/23 | Returned Item Fee For An Unpaid Check #8393 IN The Amount of $241.52 | 34.00 |
| 01/24 | Returned Item Fee For An Unpaid Check #6876 IN The Amount of $276.68 | 34.00 |
| 01/25 | Non-Chase ATM Fee-With | 2.50 |
| 01/28 | Returned Item Fee For An Unpaid Check #6877 IN The Amount of $575.18 | 34.00 |
| **Total Fees** | | **$273.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 01/02 | -$19.95 | 01/11 | 22.27 | 01/23 | -55.65 |
| 01/03 | 16.18 | 01/14 | 133.27 | 01/24 | -2.65 |
| 01/04 | 4.82 | 01/15 | -2.87 | 01/25 | 14.34 |
| 01/07 | 1,588.29 | 01/16 | 156.45 | 01/28 | 300.87 |
| 01/08 | 1,395.43 | 01/17 | 762.15 | 01/29 | 445.43 |
| 01/09 | 184.16 | 01/18 | 612.34 | 01/30 | 665.41 |
| 01/10 | 49.60 | 01/22 | 331.33 | 01/31 | 387.84 |



January 01, 2019 through January 31, 2019

Account Number:

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 94 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **94** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**