

ENTERED
05/30/2019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ALVIN SMOKED MEATS & EATS, | § | CASE NO: 18-36657 |
| LLCSAGEMONT SMOKED MEATS & BBQ | § | |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

**Order and Notice Conditionally Approving Disclosure Statement; Fixing Time for Filing Acceptances or Rejections of Plan; Fixing Time for Filing Objections to Disclosure Statement and Objections to Confirmation of Plan; and Fixing Time for Hearing on Final Approval of Disclosure Statement and Hearing on Confirmation of Plan**

A disclosure statement (ECF No. 61) under chapter 11 of the Bankruptcy Code having been filed by the debtor on May 29, 2019, with respect to a plan (ECF No. 60) under chapter 11 of the Code filed by the debtor on May 29, 2019; and the debtor being, and having elected to be considered, a small business:

**IT IS ORDERED**, and notice is hereby given, that:

A. The disclosure statement (ECF No. 61) filed by the debtor is conditionally approved.

B. July 18, 2019, is fixed as the last day for filing written acceptances or rejections of the plan referred to above.

C. Within two days after the entry of this order, the plan, the disclosure statement and a ballot conforming to Ballot for Accepting or Rejecting Plan of Reorganization (Official Form 314) shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States trustee.

D. July 31, 2019, at 11:00 a.m. is fixed for the hearing on final approval of the disclosure statement (if a written objection has been timely filed) and for the hearing on confirmation of the plan. The hearing shall be held at the United States Courthouse, 515 Rusk St., Courtroom 403, Houston, Texas.

E. July 18, 2019, is fixed as the last day for filing and serving written objections to the disclosure statement and confirmation of the plan.

SIGNED: 05/30/2019.

_____
Jeffrey P. Norman
United States Bankruptcy Judge